# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALLEN GREELING**, Personal Representative of Jessica Lynn Greeling, Deceased,<br><br>    Plaintiff(s),<br><br>vs.<br><br>**GRACE THEODORE, M.D.**,<br><br>    Defendant(s). | No.   03-CV-174 DRH |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   5th   day of   July   , 2005

                                /s/     David RHerndon

                                **UNITED STATES DISTRICT JUDGE**